Seymour **CARMEL**, t/a Dupont Television,
Appellant,

v.

**BELMONT RADIO & TV SERVICE**,
Appellee.

No. 2105.

Municipal Court of Appeals for the
District of Columbia.

Argued Dec. 23, 1957.

Decided Jan. 14, 1958.

Seymour Carmel, pro se.

Carl Phillip Fogel, Washington, D. C.,
for appellee.

Before ROVER, Chief Judge, and
HOOD and QUINN, Associate Judges.

PER CURIAM.

This is an appeal from an order rein-
stating appellee's claim against the appel-

1. Montgomery v. American Home As-
surance Co., D.C.Mun.App., 134 A.2d
582; Harco, Inc., v. Greenville Steel

lant. The motion to reinstate was season-
ably filed, and the court accordingly had
power to act. The order appealed from
is not a final order and. is therefore not
appealable.[1]

Appeal dismissed.

and Foundry Company, D.C.Mun.App.,
112 A.2d 920.